*Form M-100*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-33866-H2-13 |
| AMINDA ORTIZ | § | (Chapter 13) |

**MOTION FOR ENTRY OF AGREED ORDER CONDITIONING AUTOMATIC STAY [AND CO-DEBTOR STAY REGARDING NON-EXEMPT PROPERTY**

**THIS IS A MOTION FOR ENTRY OF AN AGREED ORDER CONDITIONING THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT WITHIN 14 DAYS OF THE DATE THIS WAS MAILED TO YOU. IF NO TIMELY OPPOSITION IS FILED, THE COURT MAY GRANT THE RELIEF WITHOUT A HEARING.**

1. Movant: Auto Union Ltd.

2. Movant, directly or as agent for the holder, holds a security interest in a 2008 Acura MDX-V6-AWD Utility 4D Sport DVD AWD, VINXXXX9683.

3. The Debtor's exemptions: Not exempt or exemption contested.

4. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): vehicle loan.

5. Debtor's scheduled value of property: $7,450.00.

6. Movant's estimated value of property: $15,025.00.

7. Total amount owed to movant: $14,540.12.

8. Estimated equity (paragraph 6 minus paragraph 7): $0.00.

9. Total pre and post-petition arrearages: $4,200.00.

10. Total post-petition arrearages: $700.00.

11. Amount of unpaid, past due property taxes, if applicable: NA.

12. Expiration date on insurance policy, if applicable: NA.

13. Movant and Debtor [and co-debtor, if applicable] have agreed to condition the automatic stay pursuant to the terms of the attached agreed order. Accordingly, the parties request entry of the agreed order

Date: July 6, 2017                     /s/ Don J. Knabeschuh
                                       Movant's counsel signature
                                       Name: Don J. Knabeschuh
                                       State Bar No.: 11578800
                                       S.D. Tex Bar No.: 3275
                                       Address: 5090 Richmond Ave., #472
                                                Houston, TX 77056-7402
                                       Telephone: 713 984-4615
                                       Fax: 832 408-7898
                                       E-mail: dknab52@gmail.com

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on July 6, 2017 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/ Don J. Knabeschuh
Movant's Counsel